JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONEL INVESTMENTS L.L.C., a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-07000-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 31, 2021<br>Trial Date:　Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' action against Defendant Donel Investments LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 15, 2021

Hon. Stephen V. Wilson
United States District Judge